In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-04-425 CV


____________________



LAMBERT WOODROW BROTEMARKLE, JR., Appellant



V.



DOLORESE CHARLYNE BROTEMARKLE, Appellee






On Appeal from the 410th District Court


Montgomery County, Texas


Trial Cause No. 03-02-01211-CV






MEMORANDUM OPINION


 On May 19, 2005, the appellee filed a motion to dismiss the appeal for want of
prosecution pursuant to Tex. R. App. P. 38.8 and 42.3. The appellant did not respond to
the motion. The appellant failed to file a brief or a motion for extension of time. There
being no satisfactory explanation for the failure to timely file the brief, the appeal is
dismissed for want of prosecution. Tex. R. App. P. 38.8 and 42.3. Costs are assessed
against appellant.

 APPEAL DISMISSED.

 ____________________________

 STEVE McKEITHEN

 Chief Justice


Opinion Delivered August 25, 2005 

Before McKeithen, C.J., Gaultney and Kreger, JJ.